May 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VALERUS COMPRESSION SERVICES, LP, VALERUS COMPRESSION SERVICES MANAGEMENT LLC, TPG CAPITAL LLC, TPG V VE, LP, TPG VI VE, LP, AND SCOTT MAGZEN, Appellants

NO. 14-14-00042-CV                V.

JAMES J. WOODCOCK, C&J INDUSTRIES, INC., DEFINED BENEFIT TRUST, AND OTHERS SIMILARLY SITUATED, Appellees

———————————————————

This cause, an appeal from the judgment in favor of appellees, James J. Woodcock, C&J Industries, Inc., Defined Benefit Trust, and Others Similarly Situated, signed, January 7, 2014, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellants, Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP, TPG VI VE, LP, and Scott Magzen jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.